People v Sweat (2025 NY Slip Op 06189)

People v Sweat

2025 NY Slip Op 06189

Decided on November 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
PAUL WOOTEN
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2023-01972
 (Ind. No. 70392/21)

[*1]The People of the State of New York, respondent,
v
Saquan Sweat, appellant.

Patricia Pazner, New York, NY (Elisabeth Calcaterra of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jordan Cerruti, and Richard W. Helms of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dineen Riviezzo, J.), rendered January 17, 2023, convicting him of criminal possession of a firearm, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Under the totality of the circumstances, the record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Velazquez, 235 AD3d 664, 665). Although it would have been better practice for the Supreme Court to discuss the waiver of the defendant's appellate rights with him before obtaining an admission of guilt (see People v Downing, 233 AD3d 965, 966), the record reflects that the defendant was aware of the People's demand for an appeal waiver before agreeing to plead guilty (cf. People v Sutton, 184 AD3d 236, 242). The defendant's valid waiver of his right to appeal precludes appellate review of his contentions that the search warrant was not supported by probable cause (see People v Coachman, 154 AD3d 957, 958) and that the sentence imposed was excessive (see People v Lopez, 6 NY3d 248, 253).
MILLER, J.P., WOOTEN, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court